UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LESTER L. WASHINGTON

VERSUS

REGGIE WEAVER, ET AL.

CIVIL ACTION

NO. 07-451-JJB-DLD

## ORDER

Although Mr. Washington's case is currently pending appeal to the Fifth Circuit, he continues to submit various motions to this court. After denying Mr. Washington's Motion for Reconsideration (doc. 49), this court instructed Mr. Washington that "continued assertion of frivolous claims shall result in the imposition of sanctions." Mr. Washington responded to this admonition by filing a Motion to Strike (doc. 54) which was denied, and now, the Notice and Explanation (doc. 58) currently filed with the court.

Accordingly, the Clerk of Court is ORDERED to dismiss the "Notice and Explanation" (doc. 58) and to return this pleading to Mr. Washington. Similarly, the Clerk is ORDERED not to accept any further motions for reconsideration or similarly-styled motions in the instant action. The Clerk is further ORDERED to reject any pleadings arising from or connected with the underlying subject matter of this action,

and any such pleadings shall be returned to Mr. Washington.  *See Battle v. United States*, 2008 WL 345526 (5th Cir. 2008).

Baton Rouge, Louisiana, June 2nd, 2008.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA